**Exhibit C**



November 21, 2022

<u>**Via Online Portal**</u>
(http://www.accessdata.fda.gov/scripts/foi/FOIRequest/index.cfm)

Food and Drug Administration
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857

Re:   **Freedom of Information Act Request for Records Concerning
      The Judge Rotenberg Educational Center, Inc./Electrical Stimulation Devices**

Dear Sir or Madam:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and its implementing regulations, 21 C.F.R. Part 20, I hereby request, on behalf of The Judge Rotenberg Educational Center, Inc. ("JRC") in my capacity as JRC's Executive Director, a copy of all communications, that were sent, obtained, received, created, generated, drafted, or dated from March 29, 2022 through the present, between the U.S. Food and Drug Administration ("FDA" or the "Agency") and the U.S. Congress, the U.S. Department of Health and Human Services (including, but not limited to, the Office of the Secretary, the Office of the General Counsel, the Office for Civil Rights, and the Administration for Community Living), the U.S. Department of Justice (including, but not limited to, the Civil Rights Division), the Massachusetts Attorney General's Office, and the Massachusetts Department of Developmental Services, concerning, relating to, describing, evidencing, regarding, or referring to JRC, aversive therapy, aversive conditioning devices, electrical stimulation devices, or the Graduated Electronic Decelerator device. For purposes of this FOIA request, the term "communications" includes, but is not limited to: transcripts, notes, and minutes of telephone calls, audiovisual meetings, or in person meetings; emails; letters; faxes; memoranda; reports; correspondence; and all other forms of communication. Further, for purposes of this FOIA request, all references to regulatory entities and legislative bodies include their respective present and former attorneys, agents, employees, consultants, staff, members, representatives, commissioners, and secretaries.

250 Turnpike Street, Canton, MA 02021-2341 • Tel (781) 828-2202 • Fax (781) 828-2804 • www.judgerc.org

-2-

This request does not seek: (i) Agency records that are publicly available in FDA docket numbers FDA-2014-N-0238, FDA-2016-N-1111, FDA-2020-P-1166, or FDA-2020-P-1181; (ii) Agency records that are publicly available in D.C. Circuit docket numbers 20-1087 or 20-1088; or (iii) Agency records that were previously produced in response to FOIA requests numbered 2016-7308, 2016-7184, 2016-7106, 2017-1440, 2018-5569, 2019-11744, 2022-2434.

In the interest of receiving the requested materials as quickly as possible, JRC is happy to accept FDA's response on a rolling basis. JRC will pay all reasonable fees in supplying this information. If these fees should exceed $250, please contact me for authorization to proceed.

JRC asks that you please adhere to the statutory and regulatory requirements governing access to public information (5 U.S.C. § 552; 21 C.F.R. Part 20) as well as the March 15, 2022 Freedom of Information Act Guidelines issued by the Attorney General. In accordance with those legal requirements, if you deny any part of this request, please cite each specific reason that you think justifies your refusal to release the requested information and state the harm to the interest protected by a FOIA exemption that you reasonable foresee would be caused by disclosure. If you withhold any portion of a record, please release the remaining portion(s) of the record.

JRC looks forward to receiving processed records in a timely manner.

If you have any questions while processing this request, please contact me or JRC's counsel, Matthew D. Rodgers, Esq., at (617) 342-6817 or mrodgers@eckertseamans.com.

Sincerely,

*[signature]*

Glenda P. Crookes, Executive Director
The Judge Rotenberg Educational Center, Inc.
250 Turnpike Street, Canton, MA 02021
(781) 828-2202
g.crookes@judgerc.org

cc:    Matthew D. Rodgers, Esq. (via email)