# Exhibit G

## Matthew D. Rodgers

| | |
|---|---|
| **From:** | Matthew D. Rodgers |
| **Sent:** | Thursday, September 14, 2023 3:55 PM |
| **To:** | Heller, Seth; jared.littman@usdoj.gov; john.bardo@usdoj.gov |
| **Cc:** | Michael Flammia; Edward Longosz; Silberman, Jonathan |
| **Subject:** | RE: [EXTERNAL] RE: FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS |
| **Attachments:** | 20230228 Letter from JRC to FDA.pdf |

Hi Seth,

Thanks for your email.

As an initial matter, I am attaching a February 28, 2023 letter that I sent to Sarah Kotler about the Dockets productions, as it appears the letter may not have been shared with you. In short, my letter explains that, though Dockets produced certain records to JRC, *all* such records were non-responsive to JRC's FDA Request. Because Dockets is the only component that has produced any records in response to the Requests (as your email concedes), we stand by our statement that we still have not received a single record *responsive* to the Requests from the Agencies.

In any event, our purpose in sending the below emails was to attempt to reach a mutually-agreeable schedule for rolling productions of records responsive to the Requests, thereby avoiding the necessity of further FOIA litigation between the parties. Your below email suggests that the Agencies are unwilling to agree to any rolling production schedule whatsoever. If we have misunderstood the Agencies' position, please let us know as soon as possible. If we are unable to agree to a reasonable production schedule by September 29, 2023, we will be compelled to file yet another FOIA lawsuit to obtain a formal production schedule from the Court.

JRC does not hereby waive any rights it may have in compelling the prompt and complete production of records that should reasonably be provided as required by law or any claim that the Agencies' responses to JRC's Requests are unlawful.

█████████████████████████████████████████████████████

Best,



**Matthew D. Rodgers** (he/him/his)
Member
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor | Boston, MA 02110
📞 617-342-6817  |  📠 617-342-6899
✉ mrodgers@eckertseamans.com

BIO:   VCARD:   |    
*Celebrating 65 years of dedicated community & client service*

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

**From:** Heller, Seth <Seth.Heller@fda.hhs.gov>
**Sent:** Tuesday, September 5, 2023 12:59 PM
**To:** Matthew D. Rodgers <mrodgers@eckertseamans.com>; jared.littman@usdoj.gov; john.bardo@usdoj.gov
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Edward Longosz <ELongosz@eckertseamans.com>; Heller, Seth <Seth.Heller@fda.hhs.gov>
**Subject:** [External] RE: [EXTERNAL] RE: FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS

Hi Matthew,

I'm writing to follow up on your email below. I've followed up with FDA and HHS regarding FOIA Request Nos. FDA 2022-8287 and HHS 2023-00157.

Request FDA 2022-8287 has been referred to FDA's Dockets Management Staff (Dockets), CDRH, and the Office of Legislation (OL). Dockets responded by letter dated December 15, 2022, and by emails sent December 15 and 16, 2022, attaching 14 zip files of records. On December 16, 2022, your client (Ms. Crookes) confirmed by phone that she had received the emails with attached zip files. Needless to say, we disagree with your assertion that you "have still not received a single record responsive to the Requests from the Agencies." A copy of the letter sent to Ms. Crookes is attached to this email.

The portion relevant to OL is pending in its "complex queue," and is at least 12 months from reaching a stage where OL will start reviewing records. Portions relevant to CDRH are also pending in its "complex queue." CDRH has also not started an independent search for potentially responsive records and is at least 12 months from reaching a stage where CDRH will start reviewing records potentially responsive to the request. Both OL and CDRH are also aware that there might be records potentially responsive to FDA 2022-8287 contained within the records they are reviewing for the requests at issue in JRC v. FDA, Case No. 22-3583. And, to the extent those records are identified during review, they will be set aside for future review once FDA 2022-8287 comes to the top of the queue.

HHS reports that it has started a search to determine whether it is in possession of any records that are responsive to HHS 2023-00157. At this time, HHS cannot provide an estimated timeframe by which it will compete its search and review of records.

Thank you.

Best,

Seth


**Seth I. Heller**
**Associate Chief Counsel**
Office of the Chief Counsel, FDA
Food and Drug Division, OGC/HHS
10903 New Hampshire Ave. | White Oak 31 | Silver Spring, MD 20993
Office:  240-402-6502  Mobile:  240-535-7324
✉  **Seth.Heller@fda.hhs.gov**

This e-mail message is intended for the exclusive use of the recipient(s) named above.  It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  If you think you have received this e-mail message in error, please e-mail the sender immediately at seth.heller@fda.hhs.gov.

---

**From:** Heller, Seth <Seth.Heller@fda.hhs.gov>
**Sent:** Friday, September 1, 2023 10:01 PM
**To:** Matthew D. Rodgers <mrodgers@eckertseamans.com>; jared.littman@usdoj.gov; john.bardo@usdoj.gov
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Edward Longosz <ELongosz@eckertseamans.com>; Heller, Seth <Seth.Heller@fda.hhs.gov>
**Subject:** Re: [EXTERNAL] RE: FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS

Matthew,

I apologize for not responding to your email this week, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I will have to respond next Tuesday or Wednesday.

Best,

Seth

Get Outlook for iOS

---

**From:** Matthew D. Rodgers <mrodgers@eckertseamans.com>
**Sent:** Thursday, August 24, 2023 1:26:26 PM
**To:** Heller, Seth <Seth.Heller@fda.hhs.gov>; jared.littman@usdoj.gov <jared.littman@usdoj.gov>; john.bardo@usdoj.gov <john.bardo@usdoj.gov>
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Edward Longosz <ELongosz@eckertseamans.com>
**Subject:** RE: [EXTERNAL] RE: FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Seth,

Thanks for your email.  We look forward to your response.

Best,



**Matthew D. Rodgers** (he/him/his)
Member
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor | Boston, MA 02110
📞 617-342-6817  |  📠 617-342-6899
✉ mrodgers@eckertseamans.com

BIO: 👤 VCARD: 📇  |  🌐 in 🐦

*Celebrating 65 years of dedicated community & client service*

---

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

**From:** Heller, Seth <Seth.Heller@fda.hhs.gov>
**Sent:** Thursday, August 24, 2023 1:17 PM
**To:** Matthew D. Rodgers <mrodgers@eckertseamans.com>; jared.littman@usdoj.gov; john.bardo@usdoj.gov
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Edward Longosz <ELongosz@eckertseamans.com>; Heller, Seth <Seth.Heller@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS

Hi Matthew,

Thank you for the email. I have reached out to the relevant offices and will follow up on this, likely next week.

Thank you,

Seth

**Seth I. Heller**
**Associate Chief Counsel**
Office of the Chief Counsel, FDA
Food and Drug Division, OGC/HHS
10903 New Hampshire Ave. | White Oak 31 | Silver Spring, MD 20993
Office:  240-402-6502  Mobile:  240-535-7324
✉  **Seth.Heller@fda.hhs.gov**

This e-mail message is intended for the exclusive use of the recipient(s) named above.  It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  If you think you have received this e-mail message in error, please e-mail the sender immediately at seth.heller@fda.hhs.gov.

**From:** Matthew D. Rodgers <mrodgers@eckertseamans.com>
**Sent:** Monday, August 21, 2023 10:38 AM
**To:** jared.littman@usdoj.gov; john.bardo@usdoj.gov; Heller, Seth <Seth.Heller@fda.hhs.gov>
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Edward Longosz <ELongosz@eckertseamans.com>
**Subject:** [EXTERNAL] RE: FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We write to follow up on our below email. It has now been nearly three months since we sent the below email, and we have received no response from FDA or HHS. We also have still not received a single record responsive to the Requests from the Agencies.

JRC would still prefer to avoid further FOIA litigation against the Agencies, if possible, and so we are making this final good faith effort to obtain a response to our below email and, more importantly, to arrange for prompt, rolling productions of records responsive to JRC's Requests from the Agencies. We also continue to welcome the opportunity to schedule a call to discuss these issues. We will be compelled to interpret continued non-responsiveness by the Agencies as their position that litigation concerning these Requests is required, and, absent a prompt response, we will be forced to seek the appropriate judicial remedies.

JRC does not hereby waive any rights it may have in compelling the prompt and complete production of records that should reasonably be provided as required by law or any claim that the Agencies' responses to JRC's Requests are unlawful.

Best,



**Matthew D. Rodgers** (he/him/his)
Member

Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor | Boston, MA 02110
📞 617-342-6817   |   📠 617-342-6899
✉ mrodgers@eckertseamans.com

BIO: 👤  VCARD: 📇   |   🌐 in 🐦

*Celebrating 65 years of dedicated community & client service*

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

**From:** Matthew D. Rodgers <mrodgers@eckertseamans.com>
**Sent:** Wednesday, May 31, 2023 4:56 PM
**To:** jared.littman@usdoj.gov; john.bardo@usdoj.gov; Heller, Seth <Seth.Heller@fda.hhs.gov>
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Edward Longosz <ELongosz@eckertseamans.com>
**Subject:** FDA FOIA Request Number 2022-8287 and HHS FOIA Request Number 2023-00157-FOIA-OS

Hi Jared, Jack, and Seth,

As you know, this office represents The Judge Rotenberg Educational Center, Inc. ("JRC"), including in connection with JRC's pending Freedom of Information Act ("FOIA") litigation, in which you represent the U.S. Food and Drug Administration ("FDA") and/or the U.S. Department of Health and Human Services ("HHS") (collectively, the "Agencies"). *See JRC, et al. v. FDA, et al.*, No. 17-cv-02092-BAH (D.D.C.); *JRC, et al. v. FDA*, No. 22-cv-03583-BAH (D.D.C.). We also represent JRC in connection with FOIA requests that JRC submitted on November 21, 2022 to FDA (FDA FOIA Request Number 2022-8287) (the "FDA Request") and HHS (HHS FOIA Request Number 2023-00157-FOIA-OS) (the "HHS Request") (collectively, the "Requests"), which Requests are not currently at issue in the pending FOIA litigation. By design and in order to quickly receive responsive records, the Requests are substantially narrower than the requests currently at issue in the pending FOIA litigation, but the Agencies have yet to produce a single responsive record. Because the Agencies' responses to JRC's Requests have been non-existent, we write to ask for your assistance in obtaining information about the Agencies' responses and in arranging for prompt, rolling productions of the responsive records. This should be considered a good faith attempt to avoid further FOIA litigation between JRC and the Agencies.

Brief descriptions of JRC's Requests and the Agencies' deficient responses follow.

JRC's FDA Request, a copy of which is attached hereto as **Attachment 1**, generally seeks communications, from March 29, 2022 through the date of FDA's search for responsive records, between FDA and five Massachusetts and Federal legislative bodies, executive entities, and regulatory agencies, as well as associated individuals, concerning JRC and electrical stimulation devices ("ESDs"), among other subjects, and asks for rolling productions of responsive records. FDA confirmed receipt of the FDA Request on the same day JRC submitted it. To date, FDA has produced no responsive records. (Only FDA's Division of Dockets Management has produced records, but that component only produced non-responsive records.) For more than three months, we have repeatedly requested that FDA provide us with estimates of when the assigned components would begin producing responsive records to JRC. During that time, one of the components replied that it would not produce records responsive to JRC's FDA Request for eighteen to twenty-four months; none of the other components even provided an estimate.

JRC's HHS Request, a copy of which is attached hereto as **Attachment 2**, generally seeks communications, from March 29, 2022 through the date of HHS's search for responsive records, between HHS and five Massachusetts and Federal legislative bodies, executive entities, and regulatory agencies, as well as associated individuals, concerning JRC and ESDs, among other subjects, and asks for rolling productions of responsive records. HHS acknowledged receipt of the HHS Request on the same day JRC submitted it. To date, HHS has produced no responsive records, and, for more than four months, we have repeatedly requested that HHS provide us with an estimate of when HHS will begin producing responsive records to JRC. HHS has not provided any such estimate. Instead, HHS turned FOIA on its head, demanding—before HHS would conduct any search—that we identify the individual HHS custodians of the responsive records, a plainly unreasonable request given that we do not have and have not seen the responsive records, which are in HHS's files. Though we had no legal obligation to do so, as an accommodation to HHS and in order to expedite HHS's response, we

provided an initial list of possible HHS custodians based on records already produced by HHS and/or FDA in the pending FOIA litigation. HHS claimed that all but two individuals on our initial list, including former HHS Secretary Sylvia Burwell, did not "belong" to HHS and would not be searched. Last month, we provided further information about the HHS custodians on our initial list, including their email addresses and offices, as well as the same information for additional possible HHS custodians to clarify and confirm the status of the individuals as HHS custodians and the scope of HHS's search. Since then, we have received no further communications from HHS.

Despite these legally inadequate responses to the Requests, JRC would still prefer to avoid further FOIA litigation against the Agencies, if possible. To that end, it would be helpful if you could let us know which of the Agencies' components will promptly respond to JRC's Requests and when they expect to do so. We would also appreciate your facilitation of an agreement by the Agencies to promptly begin making rolling productions of responsive records, similar to that which has occurred in response to the FOIA requests that are the subject of the pending FOIA litigation between JRC and the Agencies. We welcome the opportunity to schedule a call to discuss these issues.

Absent a prompt response, JRC will find it necessary to engage in appropriate judicial remedies. We look forward to hearing from you.

JRC does not hereby waive any rights it may have in compelling the prompt and complete production of records that should reasonably be provided as required by law or any claim that the Agencies' responses to JRC's Requests are unlawful.

Best,



**Matthew D. Rodgers** (he/him/his)
Member
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor | Boston, MA 02110
📞 617-342-6817  |  📠 617-342-6899
✉ mrodgers@eckertseamans.com

BIO: 👤 VCARD: 📇  | 🌐 🔗 🐦

*Celebrating 65 years of dedicated community & client service*

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.



Eckert Seamans Cherin & Mellott, LLC  TEL: 617 342 6800
Two International Place              FAX: 617 342 6899
16th Floor
Boston, MA 02110

Matthew D. Rodgers
617 342 6817
mrodgers@eckertseamans.com

February 28, 2023

**VIA E-MAIL**

Sarah Kotler
U.S. Food and Drug Administration
5630 Fishers Lane, Room 1035
Rockville, MD 20857
sarah.kotler@fda.hhs.gov

Re:   FOIA Request No. 2022-8287
      Freedom of Information Act Request for Records Concerning
      The Judge Rotenberg Educational Center, Inc./
      Electrical Stimulation Devices

Dear Ms. Kotler:

As you know, this law firm represents The Judge Rotenberg Educational Center, Inc. ("JRC"), which includes the Freedom of Information Act ("FOIA") request that Glenda P. Crookes submitted, on behalf of JRC and in her capacity as JRC's Executive Director, to the U.S. Food and Drug Administration ("FDA") on November 21, 2022 (Request No. 2022-8287) (the "Request").

We are in receipt of a letter addressed to Executive Director Crookes from Dynna Bigby, Administrative Proceedings Officer, Dockets Management Staff, Office of Operations, FDA, dated December 15, 2022, purporting to convey FDA's determination on JRC's Request, producing non-responsive records to JRC, and inviting JRC to contact you "to discuss [FDA's] response <u>before</u> filing an appeal to attempt to resolve [any] dispute without going through the appeals process" (the "Letter"). For your convenience, I am enclosing a copy of JRC's Request as **Attachment 1** and a copy of FDA's Letter as **Attachment 2**.

Upon review of the Letter and accompanying production, it is clear FDA misunderstood the Request and failed to produce any records actually responsive to the Request. The first page of the Request states that JRC seeks communications between FDA and five entities (U.S. Congress, U.S. Department of Health and Human Services, U.S. Department of Justice, Massachusetts Attorney General's Office, and Massachusetts Department of Developmental Services) concerning JRC, aversive therapy, aversive conditioning devices, electrical stimulation devices ("ESDs"), or the Graduated Electronic Decelerator device. The second page then narrows the Request—for FDA's convenience—by excluding from its scope records JRC "does



Sarah Kotler
February 28, 2023
Page 2

not seek", including "[a]gency records that are publicly available in [certain] FDA docket numbers".

FDA appears to have completely disregarded JRC's actual request on the first page of the Request. The Letter re-characterizes the exclusion on the second page of the Request as a request for "[a]gency records that are not publicly available in [certain FDA] Docket IDs", and the accompanying production only includes public comments submitted to FDA in various dockets. Obviously, public comments submitted to FDA dockets are <u>not</u> communications between FDA and the five specified federal and state governmental entities, and they are <u>not</u> responsive to JRC's Request. To date, FDA has produced <u>no</u> records that are responsive to JRC's actual request.

We trust that this correspondence clears up any confusion on FDA's part about the records that JRC seeks in the Request, and we look forward to FDA's production of records responsive to JRC's Request. *See Machado Amadis v. U.S. Dep't of State*, 971 F.3d 364, 370 (D.C. Cir. 2020) ("Agencies must read FOIA requests as drafted.") (quotation omitted). To that end, please advise whether FDA intends to produce records responsive to JRC's Request and, if so, when FDA expects production to commence. Please also advise if instead FDA intends to take the position that it has responded to JRC's Request so that JRC may institute administrative and/or judicial proceedings to obtain the records sought in the Request.

We would appreciate the courtesy of receiving your response no later than March 8, 2023, so that JRC may timely pursue an administrative appeal, should it become necessary to do so. Please feel free to contact me before then if you have any questions about this letter or if FDA is still uncertain about the records that JRC requested.

Very truly yours,

*/s/ Matthew D. Rodgers*

Matthew D. Rodgers

Enclosures

cc:   Dynna Bigby (via e-mail (Dynna.Bigby@fda.hhs.gov))
      FDA FOIA Public Liaison (via e-mail (FDAFOIA@fda.hhs.gov))
      Michael P. Flammia, Esq. (via e-mail (mflammia@eckertseamans.com))

# ATTACHMENT 1



November 21, 2022

**VIA ONLINE PORTAL**
(http://www.accessdata.fda.gov/scripts/foi/FOIRequest/index.cfm)

Food and Drug Administration
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857

Re:   **Freedom of Information Act Request for Records Concerning
      The Judge Rotenberg Educational Center, Inc./Electrical Stimulation Devices**

Dear Sir or Madam:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and its implementing regulations, 21 C.F.R. Part 20, I hereby request, on behalf of The Judge Rotenberg Educational Center, Inc. ("JRC") in my capacity as JRC's Executive Director, a copy of all communications, that were sent, obtained, received, created, generated, drafted, or dated from March 29, 2022 through the present, between the U.S. Food and Drug Administration ("FDA" or the "Agency") and the U.S. Congress, the U.S. Department of Health and Human Services (including, but not limited to, the Office of the Secretary, the Office of the General Counsel, the Office for Civil Rights, and the Administration for Community Living), the U.S. Department of Justice (including, but not limited to, the Civil Rights Division), the Massachusetts Attorney General's Office, and the Massachusetts Department of Developmental Services, concerning, relating to, describing, evidencing, regarding, or referring to JRC, aversive therapy, aversive conditioning devices, electrical stimulation devices, or the Graduated Electronic Decelerator device. For purposes of this FOIA request, the term "communications" includes, but is not limited to: transcripts, notes, and minutes of telephone calls, audiovisual meetings, or in person meetings; emails; letters; faxes; memoranda; reports; correspondence; and all other forms of communication. Further, for purposes of this FOIA request, all references to regulatory entities and legislative bodies include their respective present and former attorneys, agents, employees, consultants, staff, members, representatives, commissioners, and secretaries.

*250 Turnpike Street, Canton, MA 02021-2341 • Tel (781) 828-2202 • Fax (781) 828-2804 • www.judgerc.org*

This request does not seek: (i) Agency records that are publicly available in FDA docket numbers FDA-2014-N-0238, FDA-2016-N-1111, FDA-2020-P-1166, or FDA-2020-P-1181; (ii) Agency records that are publicly available in D.C. Circuit docket numbers 20-1087 or 20-1088; or (iii) Agency records that were previously produced in response to FOIA requests numbered 2016-7308, 2016-7184, 2016-7106, 2017-1440, 2018-5569, 2019-11744, 2022-2434.

In the interest of receiving the requested materials as quickly as possible, JRC is happy to accept FDA's response on a rolling basis. JRC will pay all reasonable fees in supplying this information. If these fees should exceed $250, please contact me for authorization to proceed.

JRC asks that you please adhere to the statutory and regulatory requirements governing access to public information (5 U.S.C. § 552; 21 C.F.R. Part 20) as well as the March 15, 2022 Freedom of Information Act Guidelines issued by the Attorney General. In accordance with those legal requirements, if you deny any part of this request, please cite each specific reason that you think justifies your refusal to release the requested information and state the harm to the interest protected by a FOIA exemption that you reasonable foresee would be caused by disclosure. If you withhold any portion of a record, please release the remaining portion(s) of the record.

JRC looks forward to receiving processed records in a timely manner.

If you have any questions while processing this request, please contact me or JRC's counsel, Matthew D. Rodgers, Esq., at (617) 342-6817 or mrodgers@eckertseamans.com.

Sincerely,

Glenda P. Crookes, Executive Director
The Judge Rotenberg Educational Center, Inc.
250 Turnpike Street, Canton, MA 02021
(781) 828-2202
g.crookes@judgerc.org

cc:    Matthew D. Rodgers, Esq. (via email)

# ATTACHMENT 2

U.S. FOOD & DRUG ADMINISTRATION

December 15, 2022

Request Number: FOIA 2022-8287

Glenda P. Crookes
The Judge Rotenberg Educational Center, Inc.
250 Turnpike St.
Canton, MA 02021-2341

Sent via email: g.crookes@judgerc.org, mrodgers@eckertseamans.com

Dear Sir/Madam:

This letter is in response to your Freedom of Information Act (FOIA) requesting records regarding:

- Agency records that are not publicly available in Docket IDs FDA-2014-N-0238 (237 PDFs included), FDA-2016-N-1111 (88 PDFs included), FDA-2020-P-1166 (all records are publicly available), FDA-2020-P-1181 (4 PDFs included).

Please find the documents enclosed with this response. Certain information has been redacted under FOIA Exemption B6.

In determining to withhold such information, FDA considered 5 USC 552(a)(8)(i), when applicable, and whether FDA reasonably foresees that disclosure of such information would harm an interest protected by the relevant exemption(s) and whether disclosure is prohibited by law.

You have the right to appeal this determination. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. Your appeal must be mailed within 90 days from the date of this response, to: Director, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov. Please clearly mark both the envelope and your letter "FDA Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, please contact me at 301-796-8976 or Sarah.Kotler@fda.hhs.gov.
Please contact me if you have questions about your request. You may also contact the FDA FOIA Public Liaison for assistance at: Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857,
Email: FDAFOIA@fda.hhs.gov.

You may also contact the FDA FOIA Public Liaison for assistance at: Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, MD 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769; e-mail the following charges may be included in a monthly invoice:

*Reproduction: $0.00 Search: $11.50   Review: $0.00   Certification: $0.00   CD: $0.00 TOTAL: $  11.50*

**DO NOT SEND ANY PAYMENT UNTIL YOU RECEIVE AN INVOICE**

Sincerely yours,


Dynna Bigby
Administrative Proceedings Officer
Dockets Management Staff
FDA/Office of Operations (OO)