UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Civil Action No. 24-cv-00080 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 16, 2025 Minute Order, Plaintiff, The Judge Rotenberg Educational Center, Inc. ("JRC"), and Defendants, the U.S. Department of Health and Human Services ("HHS") and the U.S. Food and Drug Administration ("FDA") (collectively, the "Agencies"), respectfully submit the following Joint Status Report updating the Court on the processing of records potentially responsive to JRC's Freedom of Information Act ("FOIA") requests to the Agencies.

**PROCEDURAL HISTORY**

1. JRC's claim arises from its November 21, 2022 FOIA requests to HHS (HHS FOIA request number 2023-00157-FOIA-OS (the "HHS Request")) and FDA (FDA FOIA request number 2022-8287 (the "FDA Request")) (collectively, the "Requests").

2. The HHS Request, in essence, sought "all communications . . . from March 29, 2022 through the present, between [HHS] (including, but not limited to, the Office of the Secretary, the Office of the General Counsel, the Office for Civil Rights, and the Administration for

Community Living) and the U.S. Congress, [FDA], the U.S. Department of Justice [("DOJ")] (including, but not limited to, the Civil Rights Division), the Massachusetts Attorney General's Office, and the Massachusetts Department of Developmental Services, concerning . . . JRC, aversive therapy, aversive conditioning devices [("ACDs")], electrical stimulation devices [("ESDs")], or the Graduated Electronic Decelerator [("GED")] device." [ECF No. 1-4 at 1].

3. The FDA Request, in essence, sought "all communications . . . from March 29, 2022 through the present, between [FDA] and the U.S. Congress, [HHS] (including, but not limited to, the Office of the Secretary, the Office of the General Counsel, the Office for Civil Rights, and the Administration for Community Living), [DOJ] (including, but not limited to, the Civil Rights Division), the Massachusetts Attorney General's Office, and the Massachusetts Department of Developmental Services, concerning . . . JRC, aversive therapy, [ACDs], [ESDs], or the [GED] device." [ECF No. 1-3 at 1].

4. The Court ordered HHS, "by May 1, 2024, to begin processing records potentially responsive to [JRC's] [HHS Request] at a rate of 500 pages per month, and to begin producing records to [JRC] each month thereafter on a rolling basis". (Min. Order Apr. 4, 2024).

5. The Court ordered FDA "by February 2025, to begin processing the two categories of records potentially responsive to the parts of [JRC's] [FDA Request] that are not covered by [JRC's] previous FDA FOIA request at issue in Civil Case No. 22-3583". (Min. Order Apr. 4, 2024).

6. After reviewing the parties' most recent joint status report, the Court ordered the parties to submit a further joint status report by August 29, 2025. (Min. Order May 16, 2025).

7. Additional procedural history may be found in the parties' prior reports. [*See generally* ECF Nos. 16-22].

## CASE STATUS

8. HHS previously reported that it has completed production of all records responsive to JRC's HHS Request. [ECF No. 21 at ¶ 8].

9. In the parties' most recent report, FDA reported that, between February 1, 2025 and May 14, 2025, FDA began processing the two categories of records potentially responsive to the parts of JRC's FDA Request that are not covered by JRC's previous FOIA request at issue in Civil Case No. 22-3583. [ECF No. 22 at ¶ 11]. FDA further reported that, during that time period, it reviewed 2,390 pages of such records, none of which were responsive to the two categories of records in JRC's FDA Request that are not covered by JRC's previous FOIA request at issue in Civil Case No. 22-3583. [ECF No. 22 at ¶ 12]. FDA additionally reported that it would continue its ongoing processing of records, including review of at least 500 pages of additional records by June 15, 2025, and at least 500 pages of additional records each month thereafter until processing is complete, and that it would produce any responsive records resulting from that processing schedule to JRC beginning on June 15, 2025, and each month thereafter until production is complete. [ECF No. 22 at ¶¶ 14-15].

10. In the parties' most recent report, JRC reported that FDA had not produced any records to JRC in connection with the FDA Request at issue in this action. [ECF No. 22 at ¶ 13].

11. FDA reports that, between May 15, 2025 and the present, FDA reviewed 3,358 pages (152 documents) of records potentially responsive to the parts of JRC's FDA Request that are not covered by JRC's previous FOIA request at issue in Civil Case No. 22-3583, none of which were responsive.

12. JRC reports that FDA still has not produced any records to JRC in connection with the FDA Request at issue in this action.

13. FDA has determined that there remain approximately 9,451 documents of potentially responsive records for processing.

14. The parties respectfully suggest that they next report to the Court concerning the status of FDA's processing of responsive records and any disputes between the parties by Friday, November 21, 2025.

15. JRC will provide an update, if and when necessary, on any relevant developments in FDA's rulemaking and any anticipated need by JRC to expedite processing of responsive records.[1]

16. JRC continues to reserve all its rights under FOIA with respect to its Requests.

---

[1] JRC notes that FDA currently estimates that the Agency will issue a final rule by October 2025. *See* Fall 2024 Unified Agenda of Regulatory and Deregulatory Actions, available at: https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202410&RIN=0910-AI84 (last visited August 29, 2025).

Respectfully submitted,

| | |
|---|---|
| THE JUDGE ROTENBERG<br>EDUCATIONAL CENTER, INC., | JEANINE FERRIS PIRRO<br>United States Attorney |
| By its attorneys, | BRIAN P. HUDAK<br>Chief, Civil Division |
| */s/ Edward J. Longosz*<br>Edward J. Longosz II, Esq. (D.C. Bar No. 368932)<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, Northwest, 12th Floor<br>Washington, D.C. 20006<br>T: 202 659 6619<br>F: 202 659 6699<br>elongosz@eckertseamans.com | By: */s/ John J. Bardo*<br>JOHN J. BARDO<br>(D.C. Bar No. 1655534)<br>Assistant United States Attorney<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>John.Bardo@usdoj.gov |
| */s/ Michael P. Flammia*<br>Michael P. Flammia, Esq. (*Pro Hac Vice*)<br>Matthew D. Rodgers, Esq. (*Pro Hac Vice*)<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>Two International Place, 16th Floor<br>Boston, MA 02110<br>T: 617 342 6854<br>F: 617 342 6899<br>mflammia@eckertseamans.com<br>mrodgers@eckertseamans.com | *Attorneys for the United States of America* |

Dated: August 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Joint Status Report has been made through the Court's electronic transmission facilities on this date.

>*/s/ Edward J. Longosz*
>Edward J. Longosz

Dated: August 29, 2025