UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Civil Action No. 24-cv-00080 (BAH) |

**PLAINTIFF'S NOTICE CONCERNING JOINT STATUS REPORT SCHEDULE**

Plaintiff, The Judge Rotenberg Educational Center, Inc. ("JRC"), respectfully submits this notice advising the Court that, pursuant to the Chief Judge's November 13, 2025 Standing Order (No. 25-59 (JEB)) (the "Standing Order"), and in light of the recent federal government shutdown, JRC expects the parties to file the Joint Status Report previously scheduled for November 21, 2025 (Aug. 29, 2025 Min. Order) in a timely manner consistent with the Standing Order.

Respectfully submitted,

THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC.,

By its attorneys,

*/s/ Edward J. Longosz*
Edward J. Longosz II, Esq. (D.C. Bar No. 368932)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, Northwest, 12th Floor
Washington, DC 20006
T: 202 659 6619
F: 202 659 6699
elongosz@eckertseamans.com

*/s/ Michael P. Flammia*
Michael P. Flammia, Esq. (*Pro Hac Vice*)
Matthew D. Rodgers, Esq. (*Pro Hac Vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02110
T: 617 342 6854
F: 617 342 6899
mflammia@eckertseamans.com
mrodgers@eckertseamans.com

Dated: November 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing notice has been made through the Court's electronic transmission facilities on this date.

*/s/ Edward J. Longosz*
Edward J. Longosz

Dated: November 21, 2025